IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA O. BONIOL, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 15-0338-KD-N |
| GRAND HOTEL MARRIOTT RESORT, GOF CLUB & SPA, | ) ) ) ) |
|     Defendants. | ) |

**ORDER**

This action is before the Court on notice from the parties that this action has settled but additional time is necessary to finalize the settlement documents. Accordingly, this action is **DISMISSED with prejudice** from the active docket of this Court, **subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order should the settlement not be completed.**

DONE and ORDERED this the 9th day of August 2016.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE